# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWRENCE DELISIO,

    Plaintiff,

v.

HSBC BANK USA, N.A., *et al.*,

    Defendants.

Case No. 2:11-CV-00426-KJD-CWH

**ORDER**

    Plaintiff's Complaint was filed in state court on February 28, 2011. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants HSBC Bank USA, N.A. and National Default Servicing Corporation expired no later than June 28, 2011. Plaintiff has not yet filed proof of service on the sole remaining defendants.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including November 16, 2011 to file proof of service of the summons and complaint within the allowed time. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice against the remaining defendants in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 2nd day of November 2011.

                                                Kent J. Dawson
                                                United States District Judge